UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 08-322 (DSD/SRN) |
| Plaintiff, | |
| v. | **O R D E R** |
| Antonio Ortiz Shinaul (03), | |
| Defendant. | |

Andrew Winter, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Craig E. Cascarano, Cascarano Law Office, 150 South Fifth Street, Suite 3260, Minneapolis, Minnesota 55402, for Defendant Antonio Ortiz Shinaul

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Antonio Ortiz Shinaul's Motion to Suppress Evidence Obtained Through Search (Doc. No. 39) is **DENIED**; and

2. Defendant Antonio Ortiz Shinaul's Motion to Suppress Search and Seizure Evidence (Doc. No. 42) is **DENIED**.

Dated: December 3, 2008

                                                        s/David S. Doty
                                                        DAVID S. DOTY
                                                        United States District Judge